In the Matter of the Estate of Stephen S. Walsh, Deceased.

Mary V. Leddy, Appellant; Thomas G. Walsh, as Executor of Stephen S. Walsh, Deceased, Respondent.

(Argued December 7, 1933; decided January 9, 1934.)

*James G. Purdy* and *James M. Kelly* for appellant.
*William Flatto* and *Harold Flatto* for respondent.

Order affirmed, with costs; no opinion.

Concur: Pound, Ch. J., Crane, Lehman, Kellogg, O'Brien, Hubbs and Crouch, JJ.